Ryan A. Hamilton
NV Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139
ryan@hamiltonlawlasvegas.com

*Attorney for the plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HARRY GEANACOPULOS, a Massachusetts Citizen; LAUREN GEANACOPULOS, a Massachusetts Citizen; and PETER GEANACOPULOS, a Massachusetts Citizen, Plaintiffs, vs. NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I – X, inclusive, Defendants. | Case No.  2:14-cv-00629-JCM-NJK |

**NOTICE OF MOTION TO TRANSFER TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Pursuant to Rule 6.2(a) of the Rules of Procedure of United States Judicial Panel ("Panel") on Multidistrict Litigation, Plaintiffs hereby notify the Court and all parties that a motion to the Panel has been made under 28 U.S.C. § 1407 to transfer and consolidate cases for pretrial proceedings. This case is one for which transfer and consolidation is sought. A copy of the motion and supporting papers is attached hereto as Exhibit A.

DATED this 3rd of November, 2014.

1

By: /s/Ryan A. Hamilton
Ryan A. Hamilton (SBN # 11587)
HAMILTON LAW, LLC
5125 S. Durango, Ste. C
Las Vegas, NV 89113

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I filed the foregoing **NOTICE OF MOTION TO TRANSFER TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICTLITIGATION** via the Court CM/ECF system which will send notice of the filing to the following:

Alayne M. Opie
S. Brent Vogel
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Ste. 600
Las Vegas, Nevada 89118

David C. Scheper
Gregory A. Ellis
Margaret Dayton
William Hobbes Forman
SCHEPER KIM & HARRIS, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071

Robert Cary McBride
CARROLL, KELLY, FRANZEN, McKENNA, & PEABODY
701 N. Green Valley Pkwy., Ste.
Henderson, NV 89074

Robert C. Baker
BAKER KEENER & NAHRA
633 W. 5th Street, Ste. 5500
Los Angeles, CA 90071

/s/Ryan A. Hamilton