# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HARRY GEANACOPULOS, et al.,  )
                             )   Case No. 2:14-cv-0629-JCM-NJK
       Plaintiff(s),  )
                             )   ORDER DENYING MOTION TO STAY
vs.                          )
                             )   (Docket No. 38)
NARCONON FRESH START, et al.,  )
                             )
                             )
       Defendant(s).  )
_____)

       Pending before the Court is Plaintiffs' motion to stay.  Docket No. 38.  Defendant filed a response in opposition and Plaintiffs filed a reply.  Docket Nos. 40-43.   The Court finds this motion properly decided without oral argument.  *See* Local Rule 78-2.  Plaintiffs' reply indicates that they agree that discovery in this case should not be stayed.  *See* Docket No. 43 at 1.  At this stage in the case, it does not appear that there are any other proceedings to be stayed.  *See, e.g.*, Docket No. 40 at 7.  Accordingly, the motion to stay is hereby **DENIED** as premature.

       IT IS SO ORDERED.

       DATED: November 17, 2014

                                 _____
                                 NANCY J. KOPPE
                                 United States Magistrate Judge