1   S. BRENT VOGEL
    Nevada Bar No. 006858
2   Brent.Vogel@lewisbrisbois.com
    DAVID B. AVAKIAN
3   Nevada Bar No. 009502
    david.avakian@lewisbrisbois.com
4   LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
5   Las Vegas, Nevada 89118
    702.893.3383
6   FAX: 702.893.3789

7   SCHEPER KIM & HARRIS LLP
    DAVID C. SCHEPER (admitted *Pro Hac Vice*)
8   dscheper@scheperkim.com
    WILLIAM H. FORMAN (admitted *Pro Hac Vice*)
9   wforman@scheperkim.com
    GREGORY A. ELLIS (admitted *Pro Hac Vice*)
10  601 West Fifth Street, 12th Floor
    Los Angeles, CA 90071-2025
11  Telephone: (213) 613-4655
    Facsimile: (213) 613-4656
12

13  *Attorneys for Defendant Narconon Fresh Start
    d/b/a Rainbow Canyon Retreat ("Fresh Start")*

14

15                  UNITED STATES DISTRICT COURT

16                    FOR THE DISTRICT OF NEVADA

17  HARRY GEANACOPULOS, a             CASE NO. 2:14-cv-00629-JCM-NJK
    Massachusetts Citizen; LAUREN
18  GEANACOPULOS, a Massachusetts     GLOBAL STIPULATION AND ORDER
    Citizen; and PETER GEANACOPULOS, a   FOR DISMISSAL
    Massachusetts Citizen
19

20              Plaintiffs,

21       vs.

22  NARCONON FRESH START d/b/a
    RAINBOW CANYON RETREAT;
23  ASSOCIATION FOR BETTER LIVING
    AND EDUCATION INTERNATIONAL;
24  NARCONON INTERNATIONAL,

25              Defendants.

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-1282-1292.1

GLOBAL STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs HARRY GEANACOPULOS; LAUREN GEANACOPULO and PETER GEANACOPULOS' Complaint, all amendments thereto, and all related claims in the above-entitled action against all Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 20th day of January, 2016.

HAMILTON LAW

By _____
Ryan A. Hamilton
Nevada Bar No. 011587
5125 S. Durango, Suite C
Las Vegas, NV 89113
Attorneys for Plaintiffs HARRY
GEANACOPULOS, LAUREN
GEANACOPULOS and PETER
GEANACOPULOS

DATED this 28 day of January, 2016

HALL PRANGLE & SCHOONVELD

By _____
John Bemis
Nevada Bar No. 9509
1160 North Town Center Dr., Ste. 200
Las Vegas, NV 89144
Attorneys for Defendants ASSOCIATION
FOR BETTER LIVING AND
EDUCATION INTERNATIONAL,
NARCONON INTERNATIONAL

DATED this 20th day of January, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
S. BRENT VOGEL
Nevada Bar No. 006858
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
NARCONON FRESH START d/b/a
RAINBOW CANYON RETREAT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-1282-1292.1                    2

<u>ORDER FOR GLOBAL DISMISSAL WITH PREJUDICE</u>

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the _____ day of January, 2106

By_____
S. BRENT VOGEL
Nevada Bar No. 006858
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW
CANYON RETREAT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-1282-1292.1

3